PHILLIP A. TALBERT
Acting United States Attorney
CAMERON DESMOND
AARON D. PENNEKAMP
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-00104-TLN-7 |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| JEROME ADAMS, | |
| Defendant. | |

**~~[PROPOSED]~~ ORDER**

IT IS HEREBY ORDERED that the government's motion to continue the bail reviewing hearing in the above-captioned case is GRANTED.

IT IS FURTHER ORDERED that the bail reviewing hearing currently scheduled for July 30, 2021 is CONTINUED until August 3, 2021 at 2:00 p.m.

IT IS SO ORDERED.

Date: July 28, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE