UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 20, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEROME ADAMS,<br><br>Defendant. | Case No. 2:21-CR-00104-TLN-7<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JEROME ADAMS</u>, Case No. <u>2:21-CR-00104-TLN-7</u> Charge <u>21 USC § 846, 841</u>, from custody for the following reasons: for the following reasons:

|       | |
|-------|---|
| _____ | Release on Personal Recognizance |
| __X__ | Bail Posted in the Sum of $  <u>250,000 (Co-signed)</u> |
| _____ | Unsecured Appearance Bond   _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| __X__ | (Other): <u>Dft shall be released at 9:00 AM on 5/23/2022</u>. |

Issued at Sacramento, California on May 20, 2022 at 4:43 p.m.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE