**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
JEROME ADAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>    vs.<br><br>JEROME ADAMS,<br>            Defendant. | No. 2:21-00104- KJN<br><br><br>**MODIFICATION OF RELEASE CONDITIONS** |

The United States, through Assistant United States Attorney Aaron Pennekamp, and Mr. Adams, through undersigned counsel, hereby stipulate and agree that a modification of Pre-trial Release Condition #16 is appropriate and ask this court to so order.

**CURFEW:**  You must remain inside your residence every day from **9:00 PM to 5:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

DATE: June 6 2022                                    Respectfully Submitted,

/s/ Shari Rusk_____
Shari Rusk
Attorney for Defendant
Jerome Adams

/s/ Aaron Pennekamp___
Aaron Pennekamp
Assistant United States Attorney

cc: Darryl Walker

## ORDER

**It is so ordered.**

Dated:  June 6, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE