**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
JEROME ADAMS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-00104- TLN |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S WAIVER OF APPEARANCE; ORDER |
| JEROME ADAMS, | |
| Defendant. | |

Pursuant to Fed. R. Crim.P. 43, defendant, Jerome Adams, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, where his presence is not required. Mr. Adams specifically requests his appearance be waived for the hearing scheduled for Thursday, June 23, 2022 at 2:00 p.m. Mr. Adams is requesting to waive his presence at any hearings deemed inessential, where his presence is not required by the Court.

Defendant Adams hereby requests the Court to proceed in his absence pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.  The defendant further acknowledges he has been informed of his rights under Title 18 U.S.C. sec. 3161 – 3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays without his personal appearance.

DATE: June 17, 2022            /s/ Jerome Adams_____
                                JEROME ADAMS
                               (Original retained by attorney)

I concur in Mr. Adams decision to waive his presence at the June 23, 2022 proceeding and at any time that his presence is not essential and he is unable to attend Court personally.

Respectfully Submitted,

/s/ Shari Rusk_____
Shari Rusk
Attorney for Defendant
Jerome Adams

### ORDER

**IT IS SO ORDERED.**

Dated: June 21, 2022

Troy L. Nunley
United States District Judge