SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
JEROME ADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>JEROME ADAMS,<br><br>  Defendant. | ) CR.S.. 21-00104 TLN -7<br>)<br>)<br>) STIPULATION AND ORDER MODIFYING<br>) CONDITIONS OF PRE-TRIAL RELEASE<br>)<br>)<br>)<br>)<br>)<br>) |

The United States of America through its undersigned counsel, CAMERON DESMOND, Assistant United States Attorney, together with counsel for defendant JEROME ADAMS, Shari Rusk, Esq., hereby agree to the following:

1. Pre-trial conditions #s 15 and 16 be hereby terminated.

Mr. Adams has been subject to Electronic Monitoring with a curfew for 90 days (on August 23). He's had no violations and he's been compliant with his release conditions. All of his drug tests have been clean and he is currently employed. At the recommendation of Pre-trial Services the Electronic Monitoring condition is no longer necessary.

Dated:  August 15, 2022  /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
JEROME ADAMS

/s/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney

cc: DARRYL WALKER, PTSO

## **ORDER**

It is so ordered that conditions 15 and 16 are hereby terminated for Mr. Adams.

Dated:  August 18, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE